# United States Court of Appeals
## For the First Circuit
_____

No. 25-2040

THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as successor trustee for JP Morgan Chase Bank, N.A., as Trustee for the Benefit of the Certificateholders of Popular ABS, Inc., Mortgage Pass-Through Certificates Series 2006-A,

Plaintiff - Appellee,

v.

HIPOLITO SEMEDO; MARIA R. LOPES; ARTHUR OF THE FAMILY WITTENBERG,

Defendants - Appellants.
_____

### ORDER OF COURT

Entered: October 30, 2025
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed Defendants-Appellants' notice of appeal from the judgment entered on October 17, 2025, in No. 1:24-cv-00415-MSM (D.R.I.) as Appeal No. 25-2040. Defendants filed a motion for reconsideration and to alter or amend judgment on October 28, 2025 (D.E. 23).  Pursuant to Fed. R. App. P. 4(a)(4)(B)(i), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

Therefore, Appellants are directed to file a status report by **December 1, 2025**, and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion.  Further, appellants are directed to inform this court whether or not appellants intend to file a notice of appeal or amended notice of appeal from the district court's post-judgment order.  See Fed. R. App. P. 4(a)(4)(B)(ii).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution.  1st Cir. R. 3.0(b).

Once the district court rules on the pending motion, it is directed to forward its decision to this court forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Mary S. McElroy
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Krystle S. Guillory Tadesse
Nathalie Vega Orlandini
Hipolito Semedo
Maria R. Lopes
Arthur Wittenberg